UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | KENNETH ALSTON a/k/a | : CHAPTER 13 |
| | KENNETH THOMAS ALSTON a/k/a | : |
| | KENNETH T. ALSTON | : |
| | Debtor | : |
| | | : |
| | CHARLES J. DEHART, III | : |
| | STANDING CHAPTER 13 TRUSTEE | : |
| | Movant | : |
| | | : |
| | vs. | : |
| | | : |
| | KENNETH ALSTON a/k/a | : |
| | KENNETH THOMAS ALSTON a/k/a | : CASE NO. 5-20-bk-03276-RNO |
| | KENNETH T. ALSON | : |
| | Respondent | : OBJECTION TO EXEMPTIONS |

ORDER

Upon consideration of the Trustee's Objection to Debtor's Exemptions,

IT IS HEREBY ORDERED that the Trustee's Objection to Exemptions is

sustained.